October 6, 2016



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

JAMES C. SMITH, Appellant

NO. 14-16-00345-CV                           V.

RESOURCE ONE CREDIT UNION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 12, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, James C. Smith.

We further order this decision certified below for observance.